AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA                    Case No. 1:15-cr-153-SEB-TAB-05

                                            ORDER ON MOTION FOR
v.                                          SENTENCE REDUCTION UNDER
                                            18 U.S.C. § 3582(c)(1)(A)
DUSTIN MURRY                                (COMPASSIONATE RELEASE)


Upon motions of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motions are:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 100 months is reduced to time served as of March 8, 2021. His term of supervised release remains 3 years.

☒ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where the defendant will be released.

☒ The defendant's previously imposed conditions of supervised release as set forth in the judgment of February 17, 2017, are unchanged except as follows:

The defendant is required to participate in family counseling at the direction of his probation officer; and

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

The defendant is further required to comply with any period of quarantine due to the COVID-19 pandemic as directed by medical staff and/or any state or local health authority.[1]

☒ FACTORS CONSIDERED: See contemporaneously filed Entry.

☒ OTHER:

The Bureau of Prisons is ordered to release the defendant by 4:00 p.m. on March 8, 2021. The defendant's USM Number is 12827-028. No later than 12:00 p.m. on March 3, 2021, counsel for the United States is ordered to do the following: (1) transmit the AO248 Order to Mr. Murry's custodian; and (2) file a notice with the Court confirming that transmission of the AO248 has occurred.

**IT IS SO ORDERED**.

Dated:   3/2/2021

Hon. Sarah Evans Barker, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

---

[1] The Court also recommends that Mr. Murry participate in the Court's Re-Entry and Community Help ("REACH") Program if space permits.